1  James A. Murphy - 062223
   Nicholas C. Larson - 275870
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:   (415) 788-1900
4  Fax:   (415) 393-8087

5  Attorneys for Defendant
   HOWARD & HOWARD P.C.

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | STUART J. KAUFMAN,                          | Case No.: CV-11-01301 JCS
12 |        Plaintiff,                           | **STIPULATION AND ORDER RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING**
13 | v.                                          |
14 | CAPITAL QUEST, INC., a Tennessee Corporation,
15 | WILLIAM KRUEGER, an individual, HEATHER ANDERSON, an individual, HOWARD & HOWARD, P.C. a Tennessee Corporation, and
16 | DOES 1 through 10,
17 |        Defendants.

18

19

20     WHEREAS, pursuant to the Local Rules of Practice in Civil Proceedings before the United
21 States District Court for the Northern District of California, Rule 6-1(a), parties may stipulate in
22 writing, without a Court order, to extend the time within which to answer or otherwise respond to the
23 complaint … provided the change will not alter the date of any event or any deadline already fixed by
24 Court order;
25     WHEREAS, the extension of time provided herein shall not alter the date of any event or any
26 deadline already fixed by Court order; and
27     WHEREAS, counsel for Defendants shall promptly file with the Court this stipulation pursuant
28 to Civil Local Rule 5;

- 1 -
**STIPULATION AND ORDER RE:  EXTENSION OF TIME FOR RESPONSIVE PLEADING**

1  COMES NOW, the parties to this stipulation, by and through their respective counsel, hereby
2  STIPULATE as follows:
3  (1) Defendants HOWARD & HOWARD, P.C. and HEATHER ANDERSON shall have up to
4  and including September 9, 2011 to answer or otherwise respond to the complaint;
5  (2) This stipulation shall be without prejudice to any further extension of time as may be
6  mutually agreed to by and between the parties, and as is in compliance with the Civil Local Rules; and
7  (3) All parties reserve all rights, claims and defenses.
8  IT IS HEREBY STIPULATED.
9  Dated: September 6, 2011
                                          MURPHY, PEARSON, BRADLEY & FEENEY

                                          By /s/ James A. Murphy_____
                                             James A. Murphy
                                             Attorneys for Defendants
                                             HOWARD & HOWARD P.C.

Dated: September 6, 2011




                                          By /s/ Stuart Kaufman_____
                                             Stuart Kaufman
                                             Plaintiff in Pro Per

                                    **ORDER:**

The parties having stipulated and agreed as indicated above,

IT IS SO ORDERED.

Dated: 09/06/2011                         By _____
                                             Judge Jos...
                                             U.S.D.C. ... California

                                          [Seal: Judge Joseph C. Spero, United States District Court, Northern District of California]

- 2 -

**STIPULATION AND ORDER RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING**