1  James A. Murphy - 062223
   Nicholas C. Larson - 275870
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Tel:    (415) 788-1900
4  Fax:    (415) 393-8087

5  Attorneys for Defendant
   HOWARD & HOWARD P.C.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | STUART J. KAUFMAN,                                    | Case No.: CV-11-01301 JCS |
12 |       Plaintiff,                                      | **STIPULATION AND ORDER RE: EXTENSION OF TIME FOR RESPONSIVE PLEADING** |
13 | v.                                                    | |
14 | CAPITAL QUEST, INC., a Tennessee Corporation, WILLIAM KRUEGER, an individual, HEATHER ANDERSON, an individual, HOWARD & HOWARD, P.C. a Tennessee Corporation, and DOES 1 through 10, | |
17 |       Defendants.                                     | |

20    WHEREAS, pursuant to the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, Rule 6-1(a), parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint … provided the change will not alter the date of any event or any deadline already fixed by Court order;

25    WHEREAS, the extension of time provided herein shall not alter the date of any event or any deadline already fixed by Court order; and

27    WHEREAS, counsel for Defendants shall promptly file with the Court this stipulation pursuant to Civil Local Rule 5;

- 1 -

**STIPULATION AND ORDER RE:  EXTENSION OF TIME FOR RESPONSIVE PLEADING**

COMES NOW, the parties to this stipulation, by and through their respective counsel, hereby STIPULATE as follows:

(1) Defendants HOWARD & HOWARD, P.C. and HEATHER ANDERSON shall have up to and including September 9, 2011 to answer or otherwise respond to the complaint;

(2) This stipulation shall be without prejudice to any further extension of time as may be mutually agreed to by and between the parties, and as is in compliance with the Civil Local Rules; and

(3) All parties reserve all rights, claims and defenses.

IT IS HEREBY STIPULATED.

Dated: September 6, 2011

    MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ James A. Murphy
James A. Murphy
Attorneys for Defendants
HOWARD & HOWARD P.C.

Dated:  September 6, 2011

By /s/ Stuart Kaufman
Stuart Kaufman
Plaintiff in Pro Per

**ORDER:**

The parties having stipulated and agreed as indicated above,

IT IS SO ORDERED.

Dated: 09/06/2011          By _____
                          Judge Jos
                          U.S.D.C.                  California

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

- 2 -

**STIPULATION AND ORDER RE:  EXTENSION OF TIME FOR RESPONSIVE PLEADING**